UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
08-CV-876(JMR/AJB)

| | |
|---|---|
| Michelle Lynne Anderson ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Director of MN Prisoner ) | |
| et. al ) | |

Petitioner objected to the Report and Recommendation issued March 31, 2008, [Docket No. 4] by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Magistrate recommended denying petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, denying petitioner's application for leave to proceed _in forma pauperis_, and dismissing this action with prejudice.

After a _de novo_ review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, petitioner's motions [Docket Nos. 1 and 3] are denied, and this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 25, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge